NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHIEN HWA SHEN, | No. 11-72626 |
| Petitioner, | Agency No. A072-969-159 |
| v. | |
| JEFF B. SESSIONS, Attorney General, | MEMORANDUM * |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 14, 2017**

Before:     GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

Chien Hwa Shen, a native and citizen of China, petitions pro se for review of

the Board of Immigration Appeals' ("BIA") order denying his motion to reopen

removal proceedings.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

an abuse of discretion the denial of a motion to reopen, *Najmabadi v. Holder*, 597

F.3d 983, 986 (9th Cir. 2010), and we deny the petition for review.

_____

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

The BIA did not abuse its discretion in denying Shen's motion as untimely and number-barred where Shen filed his third motion to reopen more than seven years after the final administrative order, *see* 8 C.F.R. § 1003.2(c)(2), and Shen failed to demonstrate he qualified for a regulatory exception to the time and number limits for motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *see also Najmabadi*, 597 F.3d at 991 (concluding that evidence submitted with motion to reopen did not establish changed circumstances arising within the country of nationality); *cf. Chandra v. Holder*, 751 F.3d 1034, 1037 (9th Cir. 2014) (concluding that an alien can satisfy 8 C.F.R. § 1003.2(c)(3)(ii) by presenting "evidence of changed country conditions that are relevant in light of the petitioner's changed circumstances").

**PETITION FOR REVIEW DENIED.**